DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. TREANTS

No. 34P83.

Case below: 60 N.C. App. 203.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 March 1983.

STATE v. WILHELM

No. 668P82.

Case below: 59 N.C. App. 298.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 March 1983.

STATE v. WILLIAMS

No. 698P82.

Case below: 59 N.C. App. 549.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 8 March 1983.

STATE v. WOODRUP

No. 51P83.

Case below: 60 N.C. App. 205.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 8 March 1983.

SUSAN B. v. PLANAVSKY

No. 52P83.

Case below: 60 N.C. App. 77.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 8 March 1983.